No. 81–1098.  CENTRAL INTELLIGENCE AGENCY ET AL. *v.* HOLY SPIRIT ASSOCIATION FOR THE UNIFICATION OF WORLD CHRISTIANITY.  C. A. D. C. Cir.  Certiorari granted.  Upon the representation of counsel for respondent set forth in her letter of February 18, 1982, and the response of the Solicitor General filed February 24, 1982, the judgment is vacated insofar as it affirms the decision of the United States District Court for the District of Columbia requiring the disclosure of the six documents in question and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit with directions that it instruct the United States District Court to dismiss this aspect of the case as moot.

No. 81–5047.  RODRIQUEZ *v.* HARRIS, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals with directions that it instruct the United States District Court for the Southern District of New York to dismiss the petition for writ of habeas corpus.  *Rose* v. *Lundy, ante,* p. 509.  JUSTICE STEVENS would grant the petition for writ of certiorari and set case for oral argument.

No. —— —— ——.  GITRE *v.* BACHE, HALSEY, STUART, SHIELDS, INC.  Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. 89, Orig.  CALIFORNIA EX REL. STATE LANDS COMMISSION *v.* UNITED STATES.  Motion of the Solicitor General for leave to file a supplemental brief granted.  [For earlier order herein, see, *e. g.*, 454 U. S. 1096.]